IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEON JOVANI BANKS,

Plaintiff,

v.

AMBER FENNIGKOH, et al,

Defendants.

ORDER

Case No. 26-cv-758-wmc

LEON JOVANI BANKS,

Plaintiff,

v.

LT. JOHNSON, et al.,

Defendants.

ORDER

Case No. 26-cv-811-wmc

Plaintiff Leon Jovani Banks was ordered to submit a certified trust fund account statement for the six-month period immediately preceding the filing of the complaints so that I could determine if plaintiff qualifies for indigent status and, if so, assess an initial partial payment of the $350 filing fee. A decision regarding plaintiff's indigency cannot be made at this time because the trust fund account statement that plaintiff submitted does not cover the entire six-month period immediately preceding the filing of the complaint.

Plaintiff has submitted a one-month statement for August 2026. This statement is insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a certified trust fund account statement for the six-month period beginning approximately plaintiff must submit a certified trust fund account statement no later than October 7, 2026.

Once plaintiff has submitted the required statement, then I will calculate an initial partial payment and advise plaintiff of the amount due.

ORDER

IT IS ORDERED that plaintiff Leon Jovani Banks may have until October 7, 2026 to submit a certified trust fund account statement for the period beginning approximately February 14, 2026 and ending approximately August 14, 2026. If plaintiff fails to respond to this order by October 7, 2026, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 16th day of September, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge